# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2583
_____

DUANE WOULLARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


October 1, 2025


PER CURIAM.

Because the lower tribunal has ruled on Petitioner's third amended motion for postconviction relief, the Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022); *Granville v. State*, 382 So. 3d 792, 793 (Fla. 1st DCA 2024).

OSTERHAUS, C.J., and RAY and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Duane Woullard, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.